



DEFENDANT'S EXHIBIT A