UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NANCY ALANIS, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | SA-23-CV-749-FB (HJB) | |
| § | | |
| U.S. BANK NATIONAL ASSOCIATION, § | | |
| *et al.*, § | | |
| § | | |
| § | | |
| § | | |
| Defendants. § | | |

## ORDER STRIKING RESPONSE

Before the Court is Plaintiff's response to the Court's February 25, 2025 Show Cause Order. (Docket Entry 177.) In that order, the Court clearly admonished Plaintiff as follows:

> Accordingly, **on or before March 10, 2025**, Plaintiff must **SHOW CAUSE** why her claims against Mackie Wolf should not be dismissed without prejudice for lack of service. Plaintiff's response, including attachments, **shall not exceed 10 pages— using 12 point, double spaced, Times New Roman font**. Any response that fails to strictly comply with this Order will be stricken.

(Docket Entry 174, at 2–3.) And yet, Plaintiff's response consists of 16 single-spaced pages. (*See* Docket Entry 177, at 1–16.)

This is not the first time Plaintiff has used font spacing to circumvent the Court's orders regarding page limits. (*Compare* Docket Entry 81, at 3 *with* Docket Entry 94 at 26.) Such court-ordered limitations have proved necessary in this case to reign in Plaintiff's voluminous filings. (*See, e.g.*, Docket Entries 1-3, 32, 32-1, 42, 68, 91, and 95.) Thus, the Court expressly warned her that such continued contumacy in her response to the February 25, 2025 Show Cause Order would result in the response's being stricken. (Docket Entry 174, at 2–3.) That warning fell on deaf ears.

In accordance with the Court's Show Cause Order, Plaintiff's response (177) is hereby **STRICKEN.** Plaintiff must respond to the Court's Show Cause Order, meeting the page and

spacing requirements, **on or before March 27, 2025**. Failure to comply a second time will subject Plaintiff's claims against Mackie Wolf to dismissal for failure of timely service, *see* FED. R. CIV. P. 4(m), and failure to comply with Court orders, *see* FED. R. CIV. P. 41(b).

It is so **ORDERED**.

**SIGNED** on March 14, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge